FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 MAY -2 PH 1:01

CAROL MACPHERSON,

Case No. 6:18-cv-678-Orl-18DCI

Plaintiff,

v.

AMICA MUTUAL INSURANCE
COMPANY,

Defendant.
_____/

## UNINSURED MOTORIST COMPLAINT

COMES NOW the Plaintiff Carol MacPherson sues the defendant, Amica Mutual Insurance Company and states:

1. This is an action for damages which exceed the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

2. The actions giving rise to this complaint occurred in Orange County, Florida, therefore venue is proper in this Court.

3. At all times material hereto, Defendant was a corporation duly licensed to transact insurance in the State of Florida and maintained agents for transaction in its customary business in Orange County, Florida.

4. On or about February 16, 2016, Belinda Jones owned and operated a motor vehicle in Orange County, Florida.

5. At that time and place, Belinda Jones, negligently operated the motor vehicle so that it collided with the motor vehicle, owned and operated by Carol MacPherson.

6. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7. On or before February 16, 2016, Carol MacPherson purchased insurance for her automobile from Defendant. Said insurance included uninsured motorist/underinsured motorist coverage. A copy of the pertinent documents are attached to this Complaint as Exhibit A. Upon information and belief, plaintiff, Carol MacPherson, is entitled to UM/UIM benefits under the above-mentioned policy.

8. The policy of insurance described in Paragraph 7 above was in full force and effective on February 16, 2016 when plaintiff, Carol MacPherson, was severely injured in the motor vehicle accident described herein.

9. Belinda Jones, the tortfeasor, was uninsured/underinsured at the time of the above-referenced accident.

10. Plaintiff, Carol MacPherson, retained the undersigned attorney and is obligated to pay them a reasonable fee for their services. Pursuant to §627.425, Fla. Stat., plaintiff, Carol MacPherson, is entitled to recover attorney's fees.

11. All conditions precedent to this action have either occurred, been performed or been waived.

WHEREFORE, plaintiff, Carol MacPherson, demands judgment against Amica or damages for permanent injury. Past lost wages, past medical expenses, loss of ability to earn money in the future, loss of the capacity for the enjoyment of life, pain and suffering, mental anguish, disability and disfigurement as a result of the accident described herein as well as costs and attorney's fees incurred in bringing this action.

## DEMAND FOR JURY TRIAL

Plaintiff herein demand trial by jury on all issues triable by right of jury.

Dated this 2nd day of May, 2018.

/s/ Steven M. Meyers
Steven M. Meyers
Meyers & Stanley
1105 E. Concord Street
Orlando, FL  32803
Telephone:   (407) 849-0941
Facsimile:    (407) 849-1860
smm@meyersstanley.com
cdg@meyersstanley.com
Attorney for Plaintiff
Fla. Bar No.: 0755869